NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ALEXX, INC.,**
*Plaintiff-Appellee,*

v.

**CHARM ZONE, INC.,**
*Defendant-Appellant.*

2011-1445

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-3623, Judge Charles R. Breyer.

## ON MOTION

## ORDER

Alexx, Inc. and Charm Zone, Inc. have submitted statements concerning oral argument that the court treats as motions to waive oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted, without prejudice to the merits panel revisiting the issue. The case will be calendared as submitted.

(2) Copies of the motions and this order shall be transmitted to the merits panel.

FOR THE COURT

MAR 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brett Alan Lovejoy, Esq.
Robert P. Andris, II, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK